CALL DOCKET  
FELDMAN, J.  
JUNE 5, 2018  

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  

**O R D E R**

A review of the record indicates that no service of the complaint has been made upon the defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly;

IT IS ORDERED that on or before July 6, 2018, plaintiffs shall file into the record the returns of service of process that have been effected on defendants.   Failure to do so will result, without further notice, in the DISMISSAL of the unserved defendants.

IT IS FURTHER ORDERED that on or before August 6, 2018, plaintiffs shall obtain responsive pleadings or defaults on all served defendants.   Failure to do so will result in the defendants' DISMISSAL for failure to prosecute, without further notice.

18-3100      DENNIS DEVEER V ST. TAMMANY PARISH SHERIFF'S OFFICE  
             (As to John Christopher Dupuy and Shane Marcello)

18-2851      TAMINIKA SHAUL, ET AL V CANAL INSURANCE COMPANY, ET AL  
             (As to Canal Insurance Company, Christopher C. Cook and Texas Freight Services)