UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD J. TURNER** | * | **CASE NO: 18-cv-2851** |
| **TAMINIKA SHAUL,** | * | |
| **AND DERRICK THOMAS** | * | |
| | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| **CHRISTOPHER C. COOK, TEXAS** | * | |
| **FREIGHT SERVICES & CANAL** | * | **MAG. JUDGE JANIS vanMEERVELD** |
| **INSURANCE COMPANY** | * | |
| | * | **JURY TRIAL** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte Motion to Designate Trial Attorney According to Local Rule 11.2*;

IT IS HEREBY ORDERED that in accordance with Local Rule 11.2, Dustin L. Poché (#33451) of the law firm of Perrier & Lacoste, LLC be and hereby is designated as "Trial Attorney" on behalf of Defendants, Canal Insurance Company and Christopher C. Cook.

New Orleans, Louisiana this ___7th___ day of _____May_____, 2019.

_____
HONORABLE JUDGE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA