MINUTE ENTRY
FELDMAN, J.
May 14, 2019

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD J. TURNER, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 18-2851 |
| CHRISTOPHER C. COOK, ET AL | * | SECTION "F" |

A status conference was held on May 14, 2019. This case was originally scheduled for a pre-trial conference on this date with a jury trial to commence on June 3, 2019, but it was converted into a status conference.

Present:

Guy D. Perrier, Esquire           Dustin L. Poche', Esquire
Edwin Shorty, Esquire             Hope Harper, Esquire
Nathan Chiantella

IT IS ORDERED:

This matter is administratively closed pending an appropriate investigation by the United States Attorney's Office into the propriety of the defendants' assertion that the plaintiffs' claims are fraudulent. Upon the completion of that investigation, either side may move to reopen this case, at which time a new civil trial date will be set. The Clerk of Court shall send a copy of this order to Assistant U.S. Attorney Brian Klebba.

JS10: 20 min.