## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD J. TURNER** * | CASE  # 18-cv-2851 |
| **TAMINIKA SHAUL,** * | |
| **AND DERRICK THOMAS** * | JUDGE: MARTIN L.C. FELDMAN |
| * | |
| **VERSUS** * | MAG. JUDGE: JANIS vanMEERVELD |
| * | |
| **CHRISTOPHER C. COOK, TEXAS** * | SECTION: F |
| **FREIGHT SERVICES & CANAL** * | |
| **INSURANCE COMPANY** * | MAGISTRATE DIVISION: 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Ex-Parte Motion For Telephone Status Conference*:

**IT IS HERBY ORDERED** that the *Ex-Parte Motion For Telephone Status Conference* is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the above captioned matter be set for a telephone status conference before the Court with all counsel of record and Assistant United States Attorney Brian Klebba at 1:30 p.m. on the 18th day of May, 2021.

Read, rendered and signed in New Orleans, Louisiana, this \_\_\_21st\_\_\_ day of \_\_\_April\_\_\_ 2021.

_____
The Honorable Martin L.C. Feldman
United States District Judge