UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD J. TURNER, ET AL. | * | CASE NO. 18-2851 |
| vs. | * | JUDGE FELDMAN |
| CHRISTOPHER C. COOK, ET AL. | * | MAG. VAN MEERVELD |
| | * | SECT. F(1) |

### ORDER

Considering the United States of America's ex parte/consent motion to intervene and stay:

**IT IS ORDERED** that the United States' motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the United States be permitted to intervene into this matter under Fed. R. Civ. P. 24 as an interested party.

**IT IS FURTHER ORDERED** that the stay and administrative closure of this matter is **CONTINUED** for six months.

**IT IS FURTHER ORDERED** that the telephonic status conference set for May 18, 2021 at 1:30pm is **CONTINUED** until November 18, 2021 at 1:30 p. m., in person.

New Orleans, Louisiana, this  5th   day of May, 2021.

_____
Hon. Martin L. C. Feldman
United States District Judge