UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD TURNER, TAMINIKA SHAUL, and DERRICK THOMAS | CIVIL ACTION |
| v. | NO. 18-2851 |
| CHRISTOPHER C. COOK, TEXAS FREIGHT SERVICES & CANAL INSURANCE COMPANY | SECTION F |

**ORDER**

As the government does not object to the expiration of the six-month stay and administrative closure, IT IS ORDERED: that the in-person status conference set for November 18, 202 at 1:30 PM is hereby cancelled. The parties are reminded that, as per the Court's order dated May 14, 2019, either party may now move to reopen this case. Upon such motion a new civil trial date will be set.

New Orleans, Louisiana, November 16, 2021

_____

MARTIN L. C. FELDMAN

UNITED STATES DISTRICT JUDGE