# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD J. TURNER, ET AL.** | * | **CASE NO. 18-2851** |
| vs. | * | **JUDGE FALLON** |
| **CHRISTOPHER C. COOK, ET AL.** | * | **MAG. VAN MEERVELD** |
| | * | **SECT. L(1)** |

## ORDER

Considering interested party, the United States of America's, ex parte motion to dismiss:

**IT IS ORDERED** that the United States' motion is hereby **GRANTED**. The United States is hereby **DISMISSED** as an interested party from this matter without prejudice.

New Orleans, Louisiana, this 13th day of April, 2022.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE