UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| **TURNER ET AL** | **CIVIL ACTION** |
|---|---|
| **VERSUS** | **NO. 18-2851** |
| **COOK** | **SECTION "L" (1)** |

Considering the re-submission of Motions in Limine at the continued deadline;

**IT IS ORDERED** that the following motions in limine be **DENIED AS MOOT**:

- R. Doc. 117

- R. Doc. 118

- R. Doc. 119

- R. Doc. 120

The Court will review the newly submitted versions of these motions in limine.

New Orleans, Louisiana, this 31st day of March, 2022.

*[signature: Eldon E. Fallon]*

**UNITED STATES DISTRICT JUDGE**