UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TURNER ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2851** |
| **COOK** | **SECTION "L" (1)** |

Given Defendant's request for oral argument on motions in limine at R. Doc. 128 and 129;

**IT IS ORDERED** that the request be **DENIED**. The Court will rule on the motions in limine based on the filings submitted by the parties.

New Orleans, Louisiana, this 17th day of April, 2023.

_Eldon E. Fallon_

**UNITED STATES DISTRICT JUDGE**