MINUTE ENTRY
FALLON, J.
APRIL 20, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TURNER ET AL | CIVIL ACTION |
| VERSUS | NO. 18-2851 |
| COOK ET AL | SECTION "L" (1) |

A pre-trial conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Edwin Shorty, Jr. And Hope Harper participated on behalf of Plaintiffs, who are also Counter Defendants. Trent Roddy participated on behalf of Defendants Christopher C. Cook, Texas Freight Services, Inc., and Canal Insurance Company in their capacity as Defendant and Counterclaimant.

For the reasons stated on the record, available to parties via the transcript that will appear on the CM/ECF docket for this case, the Court rules as follows on the parties' motions in limine:

- R. Doc. 126 is **GRANTED**.
- R. Doc. 127 is **DENIED AS MOOT**.
- R. Doc. 128 is **DENIED**.
- R. Doc. 129 is **GRANTED** insofar as the Court will exclude evidence of or testimony about parties who are not related to the current Plaintiffs or who were involved in car accidents discrete in time and place from the accident at issue here. Counsel are instructed to approach the bench at trial before introducing evidence about car accidents that do not involve the family members of Plaintiffs, and/or did not occur in the New Orleans area during 2017.

- R. Doc. 137 is **GRANTED** in part and **DENIED** in part. References to financial positions of the parties and the amount of insurance coverage are deemed inadmissible. Evidence about the existence of an insurance policy (without information about coverage) is admissible. Lay testimony about Plaintiffs' injuries is admissible insofar as it regards their observations of Plaintiffs; lay medical opinions about specific injuries or medical causation are inadmissible. The collateral source rule does not apply to attorney-negotiated discounts and charges for narrative reports under *Hoffman v. 21st Century N. Am. Ins. Co.*, 209 So. 3d 702, 706 (La. 2015) and *Simon v. Reel*, 867 So. 2d 174, 177 (La. Ct. App. 2004).

Trial will begin on Monday, May 1, 2023 at 8:30 A.M. Counsel should appear in the courtroom by 8:00 A.M.

JS10 (00:52)