UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD TURNER, ET AL | CIVIL ACTION |
| VERSUS | NO. 18-2851 |
| CHRISTOPHER COOK, ET AL | SECTION: L (2) |

J U D G M E N T ON JURY VERDICT

    This action was tried by a jury with Judge Eldon E. Fallon presiding. The issues that were tried were plaintiffs' Taminika Shaul and Derrick Thomas' claims for monetary damages for personal injuries suffered due to an alleged car accident. Defendant Christopher Cook filed a counter-claim alleging the above plaintiffs committed fraud regarding the alleged car accident. On May 3, 2023, the jury returned a verdict in which they found that the plaintiffs did not commit fraud in connection with the alleged accident of November 29, 2017. The jury also found that defendant Christopher Cook was not negligent in causing the motor vehicle accident on November 29, 2017. The Court adopted the jury's verdict as its own judgment, accordingly;

    IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Defendant Christopher Cook, and against plaintiffs Taminika Shaul and Derrick Thomas. IT IS FURTHER ORDERED that there be judgment in favor of counter-defendants Taminika Shaul and Derrick Thomas and against counter-claimant Christopher Cook, dismissing this case with prejudice, with each party to bear their own costs.

    New Orleans, Louisiana, this __5th__ day of May, 2023.

                                                 ELDON E. FALLON
                                               UNITED STATES DISTRICT JUDGE